UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| Ryan Noah Shapiro, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No.: 14-0019 |
| | ) | |
| Central Intelligence Agency, | ) | ECF |
| | ) | |
| Defendant. | ) | |
| | ) | |

## STATUS REPORT AND CONSENT MOTION
## TO EXTEND TIME TO FILE ANSWER

Defendant, Central Intelligence Agency ("CIA" or the "Agency"), by and through undersigned counsel, hereby submits this status report and motion for extension of time to file its response to Plaintiff's complaint, in this Freedom of Information Act ("FOIA") law suit. Good cause exists to grant this motion. In support of this motion, the CIA states as follows.

1. Plaintiff's complaint centres only on his need for expedited processing of his FOIA request. D.I. 1, Compl., Relief section. On March 10, 2014, the CIA, through undersigned counsel, forwarded a final agency response to Plaintiff, notifying him that his FIOA request could not be processed in its current form because it would require the Agency to perform an "unreasonably burdensome search." (Exh. A, attached hereto.) Therefore, the Agency believes that Plaintiff's instant complaint is rendered moot.

2. On this date, the undersigned telephoned Plaintiff's counsel, Jeffrey Light, Esq., who advised that, in light of recent developments, Plaintiff intends to file an amended complaint within the next seven to ten days.

3. Pursuant to the Court's Minute Order of February 12, 2014, the Agency's response to Plaintiff's complaint is due on March 12, 2014. Accordingly, the Agency requests an extension of its response deadline, up to and including 30 days after Plaintiff files his amended complaint to file its response thereto.

4. Pursuant to Local Civil Rule 7(m), undersigned contacted Plaintiff's counsel, who advised that Plaintiff consents to the relief requested.

For all the foregoing reasons, the CIA requests that the Court grant this motion. A minute order is requested.

Respectfully Submitted,

RONALD C. MACHEN JR., DC BAR #447889
United States Attorney

For the District of Columbia
DANIEL F. VAN HORN, DC Bar #924092
Chief, Civil Division

By:   /s/ Mercedeh Momeni
MERCEDEH MOMENI
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530
(202) 252-2515
Mercedeh.Momeni@usdoj.gov

Dated: March 11, 2014.