# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| RYAN NOAH SHAPIRO, | ) |
| Plaintiff, | ) |
|  | ) Civil Action No. 14-019 (CRC) |
| v. | ) |
| CENTRAL INTELLIGENCE AGENCY *et. al.*, | ) |
| Defendants. | ) |

## UNOPPOSED MOTION FOR EXTENSION OF TIME
## TO FILE A RESPONSE TO PLAINTIFF'S COMPLAINT

Defendants, the Central Intelligence Agency ("CIA"), Federal Bureau of Investigation ("FBI"), Defense Intelligence Agency ("DIA"), and the National Security Agency ("NSA"), by and through the United States Attorney for the District of Columbia, respectfully request an extension of time to file their response to Plaintiff's Freedom of Information Act ("FOIA") complaint, up to and including May 12, 2014.  Good cause exists to grant this motion.  In support of this motion, the Defendants state as follows.

1. The Defendants' response to Plaintiff's complaint is currently due on April 11, 2014. Defendants request a 30-day extension, to May 12, 2014, to file its response.

2. This time is needed principally because the amended complaint, which was filed on March 25, 2014 (ECF No. 9), added three agencies to the complaint. Due to the scope of Plaintiff's FOIA requests, Defendants need the additional time to answer or otherwise respond to Plantiff's complaint with proposed schedules for the court.

3. This is Defendants' third request for extension of this deadline.

4.      Pursuant to Local Civil Rule 7(m), the parties have conferred via email, and Plaintiff's counsel has consented to this motion.

Wherefore, the Defendants respectfully request that the relief sought be granted and that they be permitted to file their response to the amended complaint on or before May 12, 2014. A minute order is requested.

Dated:  April 10, 2014.

                              Respectfully submitted,

                              RONALD C. MACHEN JR., DC BAR # 447889
                              United States Attorney for the District of Columbia

                              DANIEL F. VAN HORN, DC BAR # 924092
                              Chief, Civil Division


By: ___/s/ Timothy Broomhead_____
     Timothy Broomhead, IL Bar #6302485
     Special Assistant United States Attorney
     Civil Division
     555 Fourth Street, N.W.
     Washington, D.C. 20530
     (202) 252-2568
     Fax: (202) 252-2599
     Timothy.Broomhead@usdoj.gov