UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
RYAN NOAH SHAPIRO,                  )
                                    )
    Plaintiff,                      )
                                    )   Civil Action No. 14-019 (CRC)
    v.                              )
                                    )
CENTRAL INTELLIGENCE AGENCY         )
    *et. al.*,                       )
                                    )
    Defendants.                     )
_____)

## STATUS UPDATE

Defendants, the Central Intelligence Agency ("CIA"), Defense Intelligence Agency ("DIA"), Federal Bureau of Investigation ("FBI"), and the National Security Agency ("NSA"), by and through the United States Attorney for the District of Columbia, respectfully submit this status update in response to the Court's June 11, 2014 Minute Order.

1. The FBI advises the undersigned counsel that it had approximately 2,200 total responsive pages of documents to process. The FBI further advised that out of approximately 160 initial cross-references, they have processed 37, and continue to follow up on leads as a result of review. All initial files and cross-references have been through classification review. Classification review will continue as document processing requires continued consultation with outside agencies and additional documents reviewed as a result of following up on leads from cross-references. The FBI is on schedule with its monthly releases to Plaintiff and has released information on May 28, 2014, June 6, 2014, and July 24, 2014. In sum, the FBI has reviewed 690 pages, and released 516 in full or in

part.[1] In addition, Plaintiff's fee waiver was acknowledged and granted in the May 28, 2014 release. In response to Plaintiff's request, the FBI agreed to release the documents to Plaintiff even earlier than initially agreed upon, allowing Plaintiff more time for review before the FBI posts them on the Vault.

2. The DIA advises the undersigned counsel that subsequent searches on a new electronic search system resulted in additional potentially responsive documents. The DIA is in the process of determining the exact number of records and will be able to provide an updated schedule for processing and releasing materials to Plaintiff in the next status update.

3. The NSA remains prepared to file a motion of summary judgment, claiming pertinent FOIA exemptions.

4. The CIA remains prepared to move to dismiss the claims against the CIA in this action. Per the June 11, 2014 Minute Order, the Defendants will provide the Court with an additional status update on or before September 8, 2014.

July 25, 2014.

        Respectfully submitted,

        RONALD C. MACHEN JR., DC BAR # 447889
        United States Attorney for the District of Columbia

        DANIEL F. VAN HORN, DC BAR # 924092
        Chief, Civil Division


        By: ___/s/ Timothy Broomhead_____
        Timothy Broomhead, IL Bar #6302485

---

[1] In addition, six files from the May 28, 2014 release are going to be reprocessed for the purpose of releasing additional information. Reprocessing of these three will be completed by the end up August and will be included in the August release, which may result in a lower number for the month.

Special Assistant United States Attorney
Civil Division
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 252-2569
Fax: (202) 252-2599
Timothy.Broomhead@usdoj.gov