**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| RYAN NOAH SHAPIRO, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CENTRAL INTELLIGENCE AGENCY ) <br> *et. al.*, ) <br> ) <br> Defendants. ) <br> ) | Civil Action No. 14-019 (CRC) <br><br> ECF |

## STATUS REPORT

Defendants, the Central Intelligence Agency ("CIA"), Defense Intelligence Agency ("DIA"), Federal Bureau of Investigation ("FBI"), and the National Security Agency ("NSA"), by and through the United States Attorney for the District of Columbia, respectfully submit this status update in response to the Court's June 11, 2014 Minute Order. Since the filing of the last status update, on July 25, 2014, the Defendants have engaged in the following activity.

1. The FBI advises the undersigned counsel that it had approximately 2,200 total responsive pages of documents to process. Classification review continues as document processing requires on-going consultation with other federal agencies. Since its last report, the FBI continues, on schedule, with its monthly releases to Plaintiff and has released its latest set of records on August 22, 2014. In sum, to date the FBI has reviewed 760 pages, and released 586 in full or in part, and withheld 174 pages in full, pursuant to Freedom of Information Act exemptions and/or consisting of duplicates.

2. The DIA advises the undersigned counsel that subsequent searches on a new electronic search system resulted in a total of 13,000 "potential hits," *i.e.*, potentially responsive documents. It appears to the agency that a substantial number of the documents are news

articles and records received from other federal agencies, although a complete review has not yet taken place. While attempting to retrieve these digitized records from its new system, the DIA has encountered technical difficulties, which it hopes to resolve soon. Additionally, counsel for the parties are scheduled to hold informal negotiations, shortly, in order to possibly narrow the scope of the request in order to expedite processing. Accordingly, the DIA will be better positioned to provide a schedule for processing and releasing materials to Plaintiff in its next status report.

3. The NSA remains prepared to file a motion of summary judgment, claiming pertinent FOIA exemptions.

4. The CIA remains prepared to move to dismiss the claims against the CIA in this action. Per the June 11, 2014 Minute Order, the Defendants will provide the Court with an additional status update on or before November 24, 2014.

September 10, 2014.

        Respectfully submitted,

        RONALD C. MACHEN JR., DC BAR # 447889
        United States Attorney for the District of Columbia

        DANIEL F. VAN HORN, DC BAR # 924092
        Chief, Civil Division

        By: ___/s/ Mercedeh Momeni_____
        MERCEDEH MOMENI
        Assistant United States Attorney
        Civil Division
        555 Fourth Street, N.W.
        Washington, D.C. 20530
        (202) 252-2515