# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| RYAN NOAH SHAPIRO, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 14-019 (CRC) |
| CENTRAL INTELLIGENCE AGENCY *et. al.*, | ) ) ) ) | ECF |
| Defendants. | ) ) | |

## STATUS REPORT

Defendants, the Central Intelligence Agency ("CIA"), Defense Intelligence Agency ("DIA"), Federal Bureau of Investigation ("FBI"), and the National Security Agency ("NSA"), by and through the United States Attorney for the District of Columbia, respectfully submit this status update in response to the Court's June 11, 2014 Minute Order. Since the filing of the last status update, on July 25, 2014, the Defendants have engaged in the following activity.

1. The **FBI** advises the undersigned counsel that it had approximately 2,200 total responsive pages of documents to process. Classification review continues as document processing requires on-going consultation with other federal agencies. Since its last report, the FBI continues, on schedule, with its monthly releases to Plaintiff and has released its latest set of records on September 23, 2014. In sum, to date the FBI has reviewed 1140 pages, released 942, in part or in full, and withheld 198, pursuant to Freedom of Information Act exemptions and/or consisting of duplicates.

2. The **DIA** advises the undersigned counsel that the search for and identification of responsive records continues despite continuing technical difficulties with a new document management system recently introduced at the agency. The DIA FOIA Office will continue to work with the contractor responsible for the system to resolve these technical problems and will keep counsel advised of the progress in that regard. At the present time, DIA has located approximately 14,000 potentially responsive documents. It anticipates that a document-by-document review of this data will reveal that many of these documents are either news articles concerning the subject or records that were received from another government agency as part of routine information sharing. At this time, it is still difficult for DIA to accurately estimate the time required to process all 14,000 potentially responsive documents. The DIA FOIA Office believes the processing of the responsive documents will require at least 24 months to complete due to the large number of documents found and the amount of consultation with other agencies that will be required. DIA intends to provide rolling releases of the processed documents as they become available.
3. The **NSA** remains prepared to file a motion of summary judgment, claiming pertinent FOIA exemptions.
4. The **CIA** remains prepared to move to dismiss the claims against the CIA in this action.

Per the June 11, 2014 Minute Order, the Defendants will provide the Court with the next status update in 45 days.

> Respectfully submitted,
>
> RONALD C. MACHEN JR., DC BAR # 447889
> United States Attorney for the District of Columbia
>
> DANIEL F. VAN HORN, DC BAR # 924092
> Chief, Civil Division
>
>
> By: ___/s/ Mercedeh Momeni_____
> MERCEDEH MOMENI
> Assistant United States Attorney
> Civil Division
> 555 Fourth Street, N.W.
> Washington, D.C. 20530
> (202) 252-2515

October 24, 2014