# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RYAN NOAH SHAPIRO, | ) |
| Plaintiff | ) |
| v. | ) Civil Action No.: 14-019 (CRC) |
| CENTRAL INTELLIGENCE AGENCY et al., | ) ECF |
| Defendants | ) |

## NOTICE OF SUBSTITUTION OF COUNSEL

The Clerk of the Court will kindly enter the appearance of Assistant United States Attorney Damon W. Taaffe, and remove the appearance of Assistant United States Attorney Mercedeh Momeni as counsel for defendant in this matter.

Respectfully submitted,

RONALD C. MACHEN JR.
United States Attorney
For the District of Columbia
D.C. Bar No. 447889

DANIEL F. VAN HORN
D.C. Bar No. 924092
Chief, Civil Division

By: /s/ *Damon Taaffe*
DAMON TAAFFE
Assistant United States Attorney, Civil Division
D.C. Bar No. 483874
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 252-2544
damon.taaffe@usdoj.gov