**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| RYAN NOAH SHAPIRO,<br><br>Plaintiff,<br><br>v.<br><br>CENTRAL INTELLIGENCE AGENCY<br>*et. al.*,<br><br>Defendants. | Civil Action No. 14-019 (CRC)<br><br>ECF |

**STATUS REPORT**

Defendants, the Central Intelligence Agency ("CIA"), Defense Intelligence Agency ("DIA"), Federal Bureau of Investigation ("FBI"), and the National Security Agency ("NSA"), by and through the United States Attorney for the District of Columbia, respectfully submit this status update in response to the Court's June 11, 2014 Minute Order. Since the filing of the last status update, on October 24, 2014, the Defendants have engaged in the following activity.

1. The **FBI** advises the undersigned counsel that it had approximately 2,200 total responsive pages of documents to process. Classification review continues as document processing requires on-going consultation with other federal agencies. Since its last report, the FBI continues, on schedule, with its monthly releases to Plaintiff and released its latest set of records on November 20, 2014. That release contained 16 pages, all of which were released in full. In sum, to date the FBI has reviewed 1156 pages, released 958, in part or in full, and withheld 198 pursuant to Freedom of Information Act exemptions and/or consisting of duplicates.
2. The **DIA** advises the undersigned counsel that it is close to resolving the technical difficulties relating to identifying responsive records, and that it is moving on to the more

substantive task of identifying those records. The DIA FOIA Office will continue to work with the contractor responsible for the system to resolve these technical problems and will keep counsel advised of the progress in that regard. At the present time, DIA has located approximately 14,000 potentially responsive documents. It anticipates that a document-by-document review of this data will reveal that many of these documents are either news articles concerning the subject or records that were received from another government agency as part of routine information sharing. At this time, it is still difficult for DIA to accurately estimate the time required to process all 14,000 potentially responsive documents. The DIA FOIA Office believes the processing of the responsive documents will require at least 24 months to complete due to the large number of documents found and the amount of consultation with other agencies that will be required. DIA intends to provide rolling releases of the processed documents as they become available.

3. The **NSA** remains prepared to file a motion of summary judgment, claiming pertinent FOIA exemptions.
4. The **CIA** remains prepared to move to dismiss the claims against the CIA in this action.

Per the June 11, 2014 Minute Order, the Defendants will provide the Court with an additional status update in 45 days.

December 8, 2014.

Respectfully submitted,

RONALD C. MACHEN JR., DC BAR # 447889
United States Attorney for the District of Columbia

DANIEL F. VAN HORN, DC BAR # 924092
Chief, Civil Division

By: ___*/s/ Damon Taaffe*________
DAMON TAAFFE
Assistant United States Attorney
Civil Division
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 252-2544