**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| RYAN NOAH SHAPIRO, Plaintiff, v. CENTRAL INTELLIGENCE AGENCY *et. al.*, Defendants. | Civil Action No. 14-019 (CRC) ECF |

**STATUS REPORT**

Defendants, the Central Intelligence Agency ("CIA"), Defense Intelligence Agency ("DIA"), Federal Bureau of Investigation ("FBI"), and the National Security Agency ("NSA"), by and through the United States Attorney for the District of Columbia, respectfully submit this status update in response to the Court's June 11, 2014 Minute Order. Since the filing of the last status update, on December 8, 2014, the Defendants have engaged in the following activity.

1. The **FBI** advises the undersigned counsel that classification review continues as document processing requires on-going consultation with other federal agencies. Since its last report, the FBI continues, on schedule, with its monthly releases to Plaintiff and plans to release five (5) additional pages on January 23, 2015. In sum, to date the FBI has processed 1183 pages, released 981, in part or in full, and withheld 202 pursuant to Freedom of Information Act exemptions and/or consisting of duplicates.

2. **DIA** has identified approximately 14,000 documents that may be responsive to the search for agency records concerning Nelson Mandela. When that search aperture is opened to include open-source information -- such as news database feeds not used in any intelligence products -- the number of potentially responsive documents increases to

approximately 64,000. At this time, DIA is sorting through the initial 14,000 potential hits to identify documents that are actually responsive. As explained in the last status report to the Court, DIA expects that the processing of these 14,000 potentially responsive documents will take at least 24 months. DIA will make rolling releases of information during this time period. That overall expected time period is greater if it becomes necessary to review the open-source/news database information.

3. The **NSA** remains prepared to file a motion of summary judgment, claiming pertinent FOIA exemptions.
4. The **CIA** remains prepared to move to dismiss the claims against the CIA in this action.

Per the June 11, 2014 Minute Order, the Defendants will provide the Court with an additional status update in 45 days. Plaintiff has advised Defendants that he intends to file a response to this Status Report within the next several days.

December 8, 2014.

Respectfully submitted,

RONALD C. MACHEN JR., DC BAR # 447889
United States Attorney for the District of Columbia

DANIEL F. VAN HORN, DC BAR # 924092
Chief, Civil Division

By: ___*/s/ Damon Taaffe*________
DAMON TAAFFE
Assistant United States Attorney
Civil Division
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 252-2544