UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
RYAN NOAH SHAPIRO,                  )
                                    )
       Plaintiff,                   )
                                    )   Civil Action No. 14-019 (CRC)
       v.                           )
                                    )   ECF
CENTRAL INTELLIGENCE AGENCY         )
   *et. al.*,                        )
                                    )
       Defendants.                  )
_____)

## STATUS REPORT

Defendants, the Central Intelligence Agency ("CIA"), Defense Intelligence Agency ("DIA"), Federal Bureau of Investigation ("FBI"), and the National Security Agency ("NSA"), by and through the United States Attorney for the District of Columbia, respectfully submit this status update in response to the Court's June 11, 2014 Minute Order. Since the filing of the last status update on January 22, 2015, the Defendants have engaged in the following activity.

1. **FBI** advises undersigned counsel that classification review continues as document processing requires ongoing consultation with other federal agencies. To date, the FBI has released 1010 pages in part or in full, and plans to release additional pages on or about March 25, 2015.

2. **DIA** continues to review the 64,000 search hits that are potentially responsive to plaintiff's FOIA request. For the month of February, DIA reviewed 800 documents for responsiveness and made a final release determination with respect to 58 documents (a total of 262 pages). DIA also expended a significant amount of its FOIA Office resources reviewing records in response to this request during the month of February. This includes 49 hours of overtime work performed on the weekend and involved six of the FOIA

Office's twenty assigned personnel. DIA expects that the work on plaintiff's FOIA request will continue at the same pace each month.

3. **NSA** remains prepared to file a motion of summary judgment, claiming pertinent FOIA exemptions.

4. **CIA** remains prepared to move to dismiss the claims against the CIA in this action.

Per the June 11, 2014 Minute Order, the Defendants will provide the Court with an additional status update in 45 days.

March 9, 2015.

    Respectfully submitted,

    RONALD C. MACHEN JR., DC BAR # 447889
    United States Attorney for the District of Columbia

    DANIEL F. VAN HORN, DC BAR # 924092
    Chief, Civil Division

    By: ___*/s/ Damon Taaffe*_____
    DAMON TAAFFE
    Assistant United States Attorney
    Civil Division
    555 Fourth Street, N.W.
    Washington, D.C. 20530
    (202) 252-2544