UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| RYAN NOAH SHAPIRO,<br><br>PLAINTIFF<br>vs.<br><br>CENTRAL INTELLIGENCE AGENCY,<br><br>DEFENDANT | ) | Civil Action No. 1:14-cv-19 (CRC) |

**PLAINTIFF'S STATEMENT OF MATERIAL FACTS AS TO WHICH THERE EXIST NO GENUINE DISPUTE**

1. On December 11, 2013, Plaintiff mailed a FOIA request to the DIA seeking records mentioning Nelson Mandela. (Am. Compl. Ex. 1.)
2. Plaintiff filed the present lawsuit on January 8, 2014. [ECF dkt: 1.]
3. On March 3, 2015, the DIA made its first interim release. However, the DIA only processed 262 pages at that point. [ECF dkt: 25.]
4. In its status report to the Court, Defendant indicated that the DIA expected that it would continue at that pace. [ECF dkt: 25.]

__/s/ Jeffrey Light________________

Jeffrey L. Light
D.C. Bar #485360
1712 Eye St., NW, Suite 915
Washington, DC 20006
(202)277-6213
Jeffrey@LawOfficeOfJeffreyLight.com

*Counsel for Plaintiff*