**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| RYAN NOAH SHAPIRO,<br><br>Plaintiff,<br><br>v.<br><br>CENTRAL INTELLIGENCE AGENCY *et. al.*,<br><br>Defendants. | Civil Action No. 14-019 (CRC)<br><br>ECF |

**STATUS REPORT**

Defendants, the Central Intelligence Agency ("CIA"), Defense Intelligence Agency ("DIA"), Federal Bureau of Investigation ("FBI"), and the National Security Agency ("NSA"), by and through the United States Attorney for the District of Columbia, respectfully submit this status update in response to the Court's June 11, 2014 Minute Order. Since the filing of the last status update on January 22, 2015, the Defendants have engaged in the following activity.

1. **FBI** advises the undersigned counsel that classification review continues as on-going consultation with other federal agencies has now been completed. Since its last report, the FBI has remained on schedule with its monthly releases to Plaintiff. To date, the FBI has processed 1,214 pages, released 1,012 in part or in full, and withheld 206 pursuant to Freedom of Information Act exemptions and/or consisting of duplicates. On April 25, 2015, the FBI plans to release approximately 62 additional pages out of 82 pages reviewed. The FBI currently anticipates completion of processing by September 2015.
2. **DIA** continues to process the 64,000 potentially responsive 'hits' identified in its search for all information concerning Nelson Mandela. For the months of March and April, DIA has reviewed more than 4,500 documents for relevancy (1,845 in March and 2,707 in

April, to date). These documents have either been referred for processing, identified as duplicates, identified as non-responsive, or sent for referral to the originating agency. DIA expended approximately 240 hours of time on the case in March and April, with approximately 110 hours occurring on the weekend using overtime compensated staff to perform the work. DIA efforts to process plaintiff's request continue at the same pace. No information has been released to plaintiff during the past two months, but the process of reviewing these potentially responsive records continues. This review process is necessary before DIA can determine what additional steps must be taken to actually release non-exempt information. DIA plans to respond separately to plaintiff's motion for partial summary judgment against it. *See* ECF No. 26.

3. **NSA** remains prepared to file a motion of summary judgment, claiming pertinent FOIA exemptions.
4. **CIA** remains prepared to move to dismiss the claims against the CIA in this action.

Per the June 11, 2014 Minute Order, the Defendants will provide the Court with an additional status update in 45 days.

April 23, 2015.

Respectfully submitted,

VINCENT H. COHEN, JR., DC BAR # 471489
Acting United States Attorney

DANIEL F. VAN HORN, DC BAR # 924092
Chief, Civil Division

By: ___*/s/ Damon Taaffe*_________
DAMON TAAFFE, D.C. Bar. # 483874
Assistant United States Attorney
Civil Division
555 Fourth Street, N.W.
Washington, D.C. 20530

(202) 252-2544