**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____
)
RYAN NOAH SHAPIRO,                              )
)
       Plaintiff,                                   )
)   Civil Action No. 14-019 (CRC)
       v.                                                )
)   ECF
CENTRAL INTELLIGENCE AGENCY        )
   *et. al.*,                                               )
)
       Defendants.                               )
_____)

## STATUS REPORT

Defendants, the Central Intelligence Agency ("CIA"), Defense Intelligence Agency ("DIA"), Federal Bureau of Investigation ("FBI"), and the National Security Agency ("NSA"), by and through the United States Attorney for the District of Columbia, respectfully submit this status update in response to the Court's June 11, 2014 Minute Order. Since the filing of the last status update on April 23, 2015, the Defendants have engaged in the following activity.

1. **FBI** advises undersigned counsel that classification review continues. Since its last report, the FBI has remained on schedule with its monthly releases to Plaintiff. To date, the FBI has processed 1,340 pages, released 1,080 in part or in full, and withheld 260 pursuant to Freedom of Information Act exemptions and/or consisting of duplicates. On or about June 25, 2015, the FBI plans to release approximately 8 additional pages out of 41 pages reviewed. The FBI currently anticipates completion of processing by September 2015.

2. **DIA** continues to process the 64,000 potentially responsive 'hits' identified in its search for all information concerning Nelson Mandela. For the month of May, DIA has reviewed more than 6,100 documents for relevancy. These documents have either been

referred for processing, identified as duplicates, identified as non-responsive, or sent for referral to the originating agency. DIA made a final release determination with respect to 721 pages of records. DIA also made referrals in May to three other government offices – the Department of State, the Office of the Secretary of Defense, and the United States Air Force. DIA expended approximately 140 hours of time on the case in May, with approximately 64 hours occurring on the weekend using overtime-compensated staff to perform the work. DIA's efforts to process plaintiff's request continue.

3. **NSA** is prepared to file a dispositive motion, and intends to do so by June 10, 2015.
4. **CIA** is prepared to file a dispositive motion, and intends to do so by June 10, 2015.

Per the June 11, 2014 Minute Order, the Defendants will provide the Court with an additional status update in 45 days.

June 5, 2015.

        Respectfully submitted,

        VINCENT H. COHEN, JR., DC BAR # 471489
        Acting United States Attorney

        DANIEL F. VAN HORN, DC BAR # 924092
        Chief, Civil Division

        By: ___/s/ Damon Taaffe_____
        DAMON TAAFFE, D.C. Bar. # 483874
        Assistant United States Attorney
        Civil Division
        555 Fourth Street, N.W.
        Washington, D.C. 20530
        (202) 252-2544