**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| RYAN NOAH SHAPIRO,<br><br>Plaintiff,<br><br>v.<br><br>CENTRAL INTELLIGENCE AGENCY *et. al.*,<br><br>Defendants. | Civil Action No. 14-019 (CRC)<br><br>ECF |

# JOINT STATUS REPORT

The parties, by and through their respective counsel, respectfully submit this status update in response to the Court's order of June 8, 2015. Since the filing of the last status update, the Defendants have engaged in the following activity.

1. **FBI** advises undersigned counsel that classification review and processing of documents continues with completion expected by the end of September. Since its last report, the FBI has remained on schedule with its monthly releases to Plaintiff. As of the end of August, the FBI has processed 1,477 pages, released 1,108 in part or in full, and withheld 369 pursuant to Freedom of Information Act exemptions and/or consisting of duplicates. On or about September 25, 2015, the FBI plans to make its final release consisting of 12 pages reviewed with all pages withheld in full. In addition to this final release, the FBI has conducted a secondary review of all duplicates and found that some of the documents previously withheld in full as duplicates contain additional notations on the pages not found on the original document; therefore, the pages with additional notations are not exact duplicates. As a result, the FBI has made and will include additional releases of any non-exempt material to plaintiff by the end of September. Although these duplicate

processing changes affect the released in full/part and withheld in full page counts, there is no change to the total number of pages reviewed. The resulting differences are not included in the above totals but will be accounted for in a final *Vaughn* declaration

2. **DIA** continues to process the 64,000 potentially responsive 'hits' identified in its search for all information concerning Nelson Mandela.

   a. In July, DIA reviewed 8,585 records for responsiveness; it determined that 1,258 were responsive, and is processing those documents. DIA also referred 150 documents to other agencies for their review and direct response. Those agencies are U.S. Army Intelligence and Security Command (INSCOM), U.S. Air Force Special Investigations (AFOSI), U.S. Africa Command (AFRICOM), and the Department of State. DIA withheld 51 documents in full. The National Geospatial Intelligence Agency also released to plaintiff three pages of redacted records that had been referred by DIA.

   b. In August, DIA reviewed 5,476 records for responsiveness; it determined that 440 of those records were responsive, and is processing those documents. DIA also referred 144 documents to other agencies for their review and direct response to plaintiff. Those agencies are U.S. Armed Forces Command, U.S. Air Forces Europe, the Department of Defense, AFRICOM, and the Department of State. DIA withheld 25 documents in full.

   c. In September, DIA reviewed 10,115 records for responsiveness; it determined that 465 of those records were responsive, and is processing those documents. DIA also referred 149 documents to other government agencies for their review and direct response to plaintiff. Those agencies are the Department of Defense,

AFRICOM, U.S. Transportation Command, U.S. Special Forces Command, 25th Air Force, and the Department of State. DIA also provided plaintiff with a release determination with respect to 531 pages contained within 154 documents. Of those, DIA withheld 321 pages in full under Exemption 1, and 210 pages in full under Exemption 4.

3. **NSA** filed a motion for summary judgment on June 10, 2015. (ECF No. 37.) Plaintiff filed his opposition (ECF No. 46) and cross-motion (ECF No. 47) on August 28, 2015. Pursuant to the Court's minute order dated September 4, 2015, NSA's reply and opposition to the cross-motion are due on October 5, 2015.

4. **CIA**'s motion to dismiss has been fully briefed and is awaiting decision. *See* Motion (ECF No. 36); Opposition (ECF No. 41); and Reply (ECF No. 45).

Per the Court's order, the parties will file another status update by December 8, 2015.

Dated: September 8, 2015

Respectfully submitted,

/s/ Jeffrey L. Light
Jeffrey L. Light, D.C. Bar #485360
LAW OFFICE OF JEFFREY L. LIGHT
1712 Eye St., NW
Suite 915
Washington, DC 20006
202.277.6213
Jeffrey@LawOfficeOfJeffreyLight.com

*Attorney for plaintiff*

VINCENT H. COHEN, JR., DC BAR # 471489
Acting United States Attorney

DANIEL F. VAN HORN, DC BAR # 924092
Chief, Civil Division

By: ___*/s/ Damon Taaffe*________
DAMON TAAFFE, D.C. Bar. # 483874
Assistant United States Attorney
Civil Division
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 252-2544

*Attorneys for defendant*