## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **RYAN NOAH SHAPIRO**,<br><br>        Plaintiff,<br><br>    v.<br><br>**CENTRAL INTELLIGENCE AGENCY, et al.**,<br><br>        Defendants. | Case No. 14-cv-00019 (CRC) |

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that [36] the Central Intelligence Agency's Motion to Dismiss be **DENIED**. It is further

**ORDERED** that [37] the National Security Agency's Motion for Summary Judgment be **GRANTED** in part and **DENIED** in part. It is further

**ORDERED** that [47] Plaintiff's Cross-Motion for Summary Judgment with Respect to NSA be **DENIED**.

**SO ORDERED.**

                                                                                                  _____
                                                                                                  CHRISTOPHER R. COOPER
                                                                                                  United States District Judge

Date:     March 17, 2016