**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **RYAN NOAH SHAPIRO**,<br><br>Plaintiff,<br><br>v.<br><br>**CENTRAL INTELLIGENCE AGENCY, et al.**,<br><br>Defendants. | Case No. 14-cv-00019 (CRC) |

**ORDER**

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that [65] the FBI's Motion to Dismiss, or in the alternative for Summary Judgment, be **GRANTED** in part, **RESERVED FOR JUDGMENT** in part, and **DENIED** in part, and [70] Plaintiff's Cross-Motion for Summary Judgment be **RESERVED IN JUDGMENT** in part and **DENIED** in part. It is further

**ORDERED** that the FBI shall, by April 7, 2017, file under seal an unredacted version of the draft Operational Plan for the Court's *in camera* review. It is further

**ORDERED** that the FBI shall, by May 15, 2017, either release responsive material and/or renew its motion for summary judgment along with a supplemental declaration justifying its position.

**SO ORDERED.**

CHRISTOPHER R. COOPER
United States District Judge

Date: March 31, 2017