**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **RYAN NOAH SHAPIRO**,<br><br>Plaintiff,<br><br>v.<br><br>**CENTRAL INTELLIGENCE AGENCY, et al.**,<br><br>Defendants. | Case No. 14-cv-00019 (CRC) |

**ORDER**

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that [84] the FBI's Renewed Motion to Dismiss, or in the alternative for Summary Judgment, be **GRANTED**.

**SO ORDERED.**

Christopher R. Cooper

CHRISTOPHER R. COOPER
United States District Judge

Date: August 8, 2017