UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RYAN NOAH SHAPIRO, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 14-19 CRC |
| | ) |
| CENTRAL INTELLIGENCE AGENCY, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## JOINT STATUS REPORT

Pursuant to the Court's September 18, 2018, instructions, the parties, by and through their respective counsel, respectfully submit this status update.

### Central Intelligence Agency ("CIA")

CIA believes that its processing of responsive documents located in its search is complete.

### National Security Agency ("NSA")

NSA released its final production on October 17, 2017. The NSA therefore believes that its processing of responsive documents located in its search is complete.

### Department of Defense, Defense Intelligence Agency ("DIA")

DIA released its final production to Plaintiff on or about June 14, 2018. However, during its processing of responsive records, DIA made approximately ninety (90) referrals to other DoD components and government agencies for direct responses to Plaintiff. DIA has followed up with all of these offices to identify the status of the referrals and reports the following updated information. There remain four offices/agencies/components for whom DIA is still working to identify an appropriate point of contact to ascertain an accurate update on their respective referrals. It has proven difficult to gather this information, given the amount of time that has

passed since DIA made these referrals, but DIA has confirmed with all other offices/agencies/components to whom DIA submitted referrals (*i.e.*, all but these remaining four) that they have either submitted responses to the requester or are still managing the referrals through their internal processes.

The parties propose that, in advance of the next status report (due September 24, 2019), they confer and attempt to identify what, if any issues remain to be addressed in the litigation.

Dated:  June 26, 2019

Respectfully submitted,

 /s/ Jeffrey L. Light
Jeffrey L. Light, D.C. Bar # 485360
LAW OFFICE OF JEFFREY L. LIGHT
1712 Eye Street, NW
Suite 915
Washington, DC 20006
Telephone:  (202) 277-6213
Email:  jeffrey@lawofficeofjeffreylight.com

*Counsel for Plaintiff*

JESSIE K. LIU, DC Bar #472845
United States Attorney
for the District of Columbia

DANIEL F. VAN HORN, D.C. Bar # 924092
Chief, Civil Division

By:             /s/
W. MARK NEBEKER, DC Bar #396739
Assistant United States Attorney
555 4th Street, N.W.
Civil Division
Washington, DC 20530
(202) 252-2536

*Counsel for Defendants*