UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RYAN NOAH SHAPIRO,

Plaintiff,

v.

CENTRAL INTELLIGENCE AGENCY, *et al.*,

Defendants.

Civil Action No. 14-0019 (CRC)

**JOINT STATUS REPORT**

In advance of the status conference scheduled by the Court for Tuesday, April 26, 2022, the parties wish to inform the Court of a potential development. The parties are discussing a potential motion by Plaintiff for voluntary dismissal of this case. The parties assume that one purpose of the status conference may be to discuss the remaining processing of records referred to the State Department. If the case is dismissed, there would be no need for the Court's involvement on that issue. The parties are amendable to attending the conference as scheduled, continuing the conference to a later date, or canceling the conference.

Dated: April 24, 2022

Respectfully submitted,

MATTHEW M. GRAVES, D.C. Bar. #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By: /s/ Sean Tepe
SEAN M. TEPE, D.C. Bar #1001323
Assistant United States Attorney
601 D Street, N.W.
Washington, D.C. 20530
(202) 252-2533 / sean.tepe@usdoj.gov

/s/ Jeffrey Light
Jeffrey L. Light, D.C. Bar No. 485360
LAW OFFICE OF JEFFREY L. LIGHT
1629 K St., NW., Suite 300
Washington, DC 20006
Telephone: (202) 277-6213
Email: jeffrey@lawofficeofjeffreylight.com

*Counsel for Plaintiff*