UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RYAN NOAH SHAPIRO,<br><br>Plaintiff,<br><br>v.<br><br>CENTRAL INTELLIGENCE AGENCY, *et al.*,<br><br>Defendants. | Civil Action No. 14-0019 (CRC) |

**JOINT STATUS REPORT**

The parties respectfully submit this Joint Status Report to apprise the Court that they have finalized and executed an agreement on the issue of attorney fees and costs with respect to the dismissed Defendants Central Intelligence Agency, Department of Defense, and National Security Agency. Thus, no issues remain before this Court. The parties further note that if the hearing set for December 9, 2022 was intended to address the issue of attorney fees and costs, the Court may wish to vacate the hearing in light of the parties' resolution of the issue.

Dated: December 5, 2022

Respectfully submitted,

MATTHEW M. GRAVES, D.C. Bar. #481052
United States Attorney

BRIAN P. HUDAK
Acting Chief, Civil Division

By: /s/ Sean Tepe
SEAN M. TEPE, D.C. Bar #1001323
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 252-2533

sean.tepe@usdoj.gov

*Counsel for Defendants*

/s/ Jeffrey Light
Jeffrey L. Light, D.C. Bar No. 485360
LAW OFFICE OF JEFFREY L. LIGHT
1629 K St., NW., Suite 300
Washington, DC 20006
Telephone: (202) 277-6213
Email: jeffrey@lawofficeofjeffreylight.com

*Counsel for Plaintiff*