# United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 22-5144** **September Term, 2023**

**1:14-cv-00019-CRC**

**Filed On:** March 8, 2024

Ryan Noah Shapiro,

Appellant

v.

Central Intelligence Agency, et al.,

Appellees

**BEFORE:** Henderson, Millett, and Walker, Circuit Judges

## O R D E R

Upon consideration of the motion for summary reversal; and the motion to vacate and remand or, in the alternative, to voluntarily dismiss, and the supplement thereto, it is

**ORDERED** that this case be dismissed as moot. See Williams & Connolly v. Sec. & Exch. Comm'n, 662 F.3d 1240, 1243-44 (D.C. Cir. 2011) (stating that FOIA controversy is moot as to documents that government has released). The district court's August 8, 2017 order and memorandum opinion are hereby vacated, and the case is remanded to the district court with instructions to dismiss the case as moot. See U.S. Bancorp Mortgage Co. v. Bonner Mall P'ship, 513 U.S. 18, 23 (1994); Maydak v. United States, 630 F.3d 166, 177 (D.C. Cir. 2010). It is

**FURTHER ORDERED** that the motion for summary reversal be dismissed as moot.

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to issue the mandate forthwith to the district court.

**Per Curiam**

**FOR THE COURT:**
Mark J. Langer, Clerk

BY: /s/
Selena R. Gancasz
Deputy Clerk